O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES H DONELL, Receiver for NewPoint Financial Services Inc, | Case No. CV 12-02452 DDP (JEMx) |
| | **Judgment** |
| Plaintiff, | [docket number 9] |
| v. | |
| GRIKOR BABAIYANS, | |
| Defendant. | |

    The Application of James H. Donell, Receiver for Newpoint Financial Services, Inc., for the entry of Default Judgment as to Defendant, Grikor Babaiyans, came on for hearing, having been duly noticed, on September 24, 2012, at 10:00 a.m. before the Honorable Dean D. Pregerson, United States District Court Judge. The Court having found that the entry of Default Judgment is appropriate,
IT IS HEREBY ORDERED AND ADJUDGED:
1. Judgment in this case is granted in favor of Plaintiff, James H. Donell, Receiver for Newpoint Financial Services, Inc., and against Defendant, Grikor Babaiyans, as follows:

1  (A) Defendant, Grikor Babaiyans, shall pay Plaintiff, James H.
2  Donell, Receiver for Newpoint Financial Services, Inc., $419,689.04
3  plus prejudgment interest of $704.99.

Dated: September 24, 2012

DEAN D. PREGERSON
United States District Judge